United States District Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE PAASCH (fka GARCIA), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-22-3493 |
| | § | |
| | § | |
| | § | |
| | § | |
| TARGET LOGISTICS MANAGEMENT, | § | |
| LLC d/b/a TARGET HOSPITALITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties joint stipulation of dismissal, (Docket Entry No. 37), this action is dismissed with prejudice. Each party will bear its own costs.

SIGNED on September 27, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge